MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff Paige, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAIGE, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DIGITAL BRANDS GROUP, INC. dba DSTLD, a Delaware corporation; AND DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-09137-PA-MAR<br><br>**REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)**<br><br>Judge:  Honorable Percy Anderson |

**TO THE HONORABLE COURT**,

　　　Pursuant to Fed. R. Civ. Proc. 41(A), Plaintiff Paige LLC hereby dismisses without prejudice the Complaint in its entirety.

DATED: February 7, 2023　　　RESCH POLSTER & BERGER LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　ANDREW V. JABLON
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Paige, LLC